IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Jonah Jillson #510921, | ) | |
|     Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | Docket/Complaint No._____ |
| | ) | **JURY TRIAL DEMANDED** |
| Oshi Medlin, Jane Doe Nurse(1), | ) | |
| John Doe Nurse(1), Jane Doe Nurse(2), | ) | |
| Nurse Practitioner Cobb, John Doe(1), | ) | |
| John Doe Physician(1), John Doe Physician(2), | ) | |
| Nurse Clark, Nurse Murray, Nurse Carter, | ) | |
| Nurse Peterson, | ) | |
|     Respondents. | ) | |

---

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
UNDER 42 U.S.C. §1983**

---

## I.    PREVIOUS LAWSUITS

A) Have you begun other lawsuits in state or federal court dealing with the same

facts involved in this action or otherwise relating to your imprisonment?

Yes (   ) No (  **X**  )

B) If your answer to A is yes, describe each lawsuit in the space below. (If there is

more than one lawsuit, describe the additional lawsuit on another piece of paper,

using the same outline.)

Plaintiff(s)   <u>N/A</u> _____

_____

_____

_____

Defendant(s) <u>N/A</u> _____

_____

1

_____

_____

C) Court if federal court, name the district; if state court, name the county

**N/A**_____

D) Docket number: **N/A**_____

E) Name of judge to whom case was assigned: N/A_____

F) Disposition [for example: was the case dismissed? Was it appealed? Is it still pending? **N/A**_____

G) Approximate date of filing lawsuit: **N/A**_____

H) Approximate date of disposition: **N/A**_____

## II. PLACE OF PRESENT CONFINEMENT:

**Hardeman County Correctional Facility**
**2520 Union Springs Road,**
**P.O. Box 549Whiteville, TN 38075**

A) Is there a prisoner grievance procedure in this institution? Yes ( **X** ) No ( )

B) Did you present the facts relating to your Complaint in the state prisoner grievance procedure? Yes ( **X** ) No ( )

C) If your answer is yes,

1) What steps did you take? **I filed a grievance because I was not being giving prescribed medication. I submitted multiple sick calls during this process without any success. I appealed the grievance as far as I could, to the commissioner.**

2) What was the result? **My grievance was denied at every level up to the commissioner. The all concurred that I had no grievable issue.**

2

D)   If your answer is "no" explain why not: **N/A** _____

_____

E)   If there is no prisoner grievance procedure in the institution, did you complain to

prison authorities?   Yes (   )   No (   ) **N/A used grievance procedure.**

F)   If your answer is yes,

1)   What steps did you take? **N/A** _____

_____

2)   What was the result? **N/A** _____

_____

## III. PARTIES:

[In item A below, place your name in the first blank and place your present address in the

second blank.  Do the same for additional Plaintiffs, if any.]

A)   Name of Plaintiff(s): **Jonah Jillson #510921**

Address: **2520 Union Springs Road, Whiteville, Tennessee 38075**

[In item B below, place the full name of the defendant in the first blank, his/her official

position in the second blank, and his/her place of employment in the third blank.  Use

item C for the names, positions and places of employment of any additional Defendants.]

B)   Name of Defendant: **Oshi Medlin**, is employed as **Health Services**

**Administrator** at **Trousdale Turner Correctional Center, 140 Macon Way,**

**Hartsville, Tennessee 37074**

Name(s) of additional Defendants: **Jane Doe Nurse(1), John Doe Nurse(1), Jane
Doe Nurse(2), Nurse Practitioner Cobb, John Doe(1), John Doe Physician(1),
John Doe Physician(2),Nurse Clark, Nurse Murray, Nurse Carter, Nurse
Peterson**

## IV.  STATEMENT OF CLAIM:

[State here as briefly as possible the **facts** of your case.  Describe how each Defendant is

involved.  Include also the names of other persons involved, dates and places.  Do not

give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach additional sheets if needed.]

1. On or about April 2, 2018, plaintiff arrived at Trousdale Turner Correctional Center (TTCC) returning from Morgan County Correctional Complex where he was held for a court appearance.

2. On April 2, 2018 plaintiff participated in a medical screening at TTCC intake. Plaintiff advised that he was on prescribed anti-seizure medication of 500 mg Kepra 2x a day.

3. On April 2, 2018, plaintiff was escorted to Building A pod C Cell #116 at approximately 1:00 p.m.

4. On April 2, 2018, plaintiff spoke to nurse in AC pod at PM pill call asking about his medication and advising her that he needed his medication. Plaintiff did not receive his prescribed anti-seizure medication.

5. On April 3, 2018 at AM pill call, plaintiff again advised the nurse that he needed his anti-seizure medication explaining that he was prone to suffer seizures without it. Plaintiff was adamant about his situation and spoke very firmly in a loud voice to the nurse because he was concerned about his well being. Again he did not receive his prescribed anti-seizure medication.

6. On April 3, 2018 the plaintiff did not feel well during the day and at PM pill call advised the nurse that he was in need of his prescribed anti-seizure medication. Again he was not given his prescribed anti-seizure medication.

7. On April 3, 2018, plaintiff asked the nurse to contact the provider to verify that he in fact did have a prescription for anti-seizure medication and that he would definitely suffer from seizures if he was not given his anti-seizure medication.

8. On April 3, 2018, the nurse never returned to plaintiff's cell. Plaintiff asked the on duty officer to contact medical about his situation and expressed his concerns because he was not being given his medications. His request was ignored. Officer stated that plaintiff did not have a medical emergency.

9. On April 4, 2018, plaintiff suffered a seizure in his cell. Plaintiff informed the pod officer and two nurses at am pill call and was still not given his prescribed anti-seizure medication.

10. On April 4, 2018, plaintiff again asked to go to medical and was again denied.

11. On April 5, 2018, plaintiff suffered a seizure. Plaintiff was not taken to medical and was not given his prescribed anti-seizure medication.

12. On April 6, 2018, plaintiff suffered two seizures. Still the plaintiff did not receive his prescribed anti-seizure medication.

13. On April 6, 2018, plaintiff told the on duty pod officer and the on nurse that he was in pain and both his head and body were hurting. Plaintiff asked to be taken to medical but was refused because it was not considered an emergency.

14. On April 7, 2018, plaintiff suffered yet another seizure. No medical code was called and once again the plaintiff was not given his prescribed anti-seizure medication.

15. On April 8, 2018, plaintiff is suffering as a result of not being given his prescribed medication. He is experiencing pain in his body and his head.

16. On April 9, 2018, plaintiff suffered another seizure. Despite the plaintiffs urging that he needs his medication, which was prescribed to him for this condition, he is still not given his prescribed anti-seizure medication. He is essentially being denied any medical assistance despite the obvious that he is need of assistance.

17. On April 10, 2018, plaintiff informs the AM pill call nurse that he has been following TTCC sick call procedures as well as asking staff that he needs his anti-seizure medication but is unsuccessful in getting his medication.

18. On April 10, 2018, plaintiff suffers two more seizures. Plaintiff was told by medical staff that the provider for TTCC medical has to get lab work done so that the plaintiff can be given anti-seizure medication.

19. On April 10, 2018, plaintiff explains to the nurse that he has been taking Kepra 500 mg 2x a day for a long time. Plaintiff tells the nurse that his medication should never have been discontinued.

20. On April 10, 2018, plaintiff receives no response to his pleas and again is not given his prescribed anti-seizure medication.

5

21. On April 11, 2018, plaintiff suffers two more seizures. Once again the plaintiff is not given his prescribed anti-seizure medication.

22. On April 12, 2018, plaintiff suffers two more seizures. The plaintiff is suffering unnecessarily. The plaintiff is in great pain at this point. He has pain in his joints, muscles and especially his back and head as a result of suffering multiple seizures.

23. On April 12, 2018, plaintiff informs the nurse that he has urinated on himself. He requests to be taken to the clinic but his request is denied.

24. On April 13, 2018, Plaintiff suffers two more seizures. Despite the numerous seizures, plaintiff is still denied his prescribed anti-seizure medication.

25. Finally on April 13, 2018 the plaintiff is given his prescribed anti-seizure medication. Plaintiff requests to see the doctor.

26. On April 13, 2018 plaintiff notices that his short term memory is impaired and that he is having trouble remembering things.

27. On April 15, 2018, plaintiff is diagnosed by a medical physician as having suffered a brain injury as a result of the seizures which is affecting his memory.

The plaintiff has suffered irreparable harm as a result of the numerous seizures. His memory is impaired as well as his decision making and cognitive function. His fine motor skills are affected and he cannot use his arms or hands as he once did. The plaintiff is in need of physical therapy to address his physical issues. His quality of life has been affected as well as his ability to work in the field that he did prior to his incarceration. It is likely that the petitioner will be affected by the damage caused by the fourteen or so seizures that he suffered while being denied his anti-seizure medication which was prescribed by a doctor which is documented in his medical records, for the rest of his life. The defendants were indifferent to the medical needs of the petitioner and demonstrated this by their refusal to give him his medication. The result of this denial of medication has both physical and neurological affects on the plaintiff. The plaintiff will suffer as a result of this deliberate indifference to his medical needs for the rest of his life. Plaintiff will need physical therapy to rehabilitate him so that he can work and relearn how to do some things. He will need to be seen by a neurologist to determine what treatment if any can be of any benefit to the plaintiff.

## V. RELIEF

Plaintiff requests that he be awarded compensatory and punitive damages jointly and severally against: defendants Medlin, Jane Doe Nurse, John doe Nurse, Clark, Peterson, Carter, Nurse Practitioners, Physicians for their failure to carry out medical orders. Denial of treatment for serious life threatening medical needs (seizures) and failure to inquire into essential facts that are necessary to make a professional judgment. Plaintiff states that his medical file was readily available for review. Plaintiff seeks compensatory damages for the physical injury to his body and the neurological injury to his brain resulting in short term memory loss as well as some cognitive function in the amount of $875,000 jointly and severally and punitive damages jointly and severally for physical and severe emotional injury in the amount of $425,000. Plaintiff asks for any other relief that he may be entitled.

I declare under penalty of perjury that the foregoing is true and exact, to the best of my knowledge, information and belief.

5 - 2 - 2019
_____
Date

*signature*
_____
Plaintiff

## NOTARY SERVICE

*STATE OF TENNESSEE*       )
                          §
*COUNTY OF HARDEMAN*       )

SWORN AND SUBSCRIBED before me this the _2nd_ day of _May_ 20_19_

_____
Notary Public

1/24/2023
_____
My Commission expires

*[Notary seal: JOHN JOHNSON — STATE OF TENNESSEE NOTARY PUBLIC — SEAL — COUNTY OF HARDEMAN — My Comm. Expires Jan 24, 2023]*

7

Jonah Jilison #510921
Hardeman County Correctional Facility
2520 Union Springs Road
P.O. Box 549
Whiteville, Tennessee 38075

RECEIVED
in Clerk's Office
MAY 13 2019
U.S. District Court
Middle District of T

Keith Throckmorton
Clerk of Court (Middle District)
801 Broadway, Room 800
US Courthouse
Nashville, Tennessee 37203

WHITEVILLE TN
MAY 3 2019

38075